JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALEXANDER LOPEZ,<br>    Petitioner,<br>  v.<br>PEOPLE, *et al.*,<br>    Respondent. | Case No. ED CV 16-1705 PSG (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

DATED: 9/2/16

           HON. PHILIP S. GUTIERREZ
           UNITED STATES DISTRICT JUDGE